UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re KALSHI SPORTS PREDICTION MARKET LITIGATION | Lead Case No. 25-cv-08585 (JLR)<br><br>Consolidated with cases 25-cv-09913 and 26-cv-00317<br><br>CLASS ACTION |

**JOINT LETTER RE STATUS CONFERENCE APPEARANCES**

Dear Judge Rochon:

Plaintiffs and Defendants in the above-referenced action write jointly, pursuant to your Honor's Individual Rule 2(B), to notify the Court of the attorneys' identities and contact information that will be appearing at the status conference scheduled for February 13, 2025 at 12:00 pm. Dkt. 34.

The following attorneys will be appearing and speaking at the conference on behalf of Plaintiffs:

- David Stellings of Lieff Cabraser Heimann & Bernstein LLP
    - Telephone: 212-355-9500
    - Email: dstellings@lchb.com

- Katherine M. Aizpuru of Tycko & Zavareei LLP
    - Telephone: 202-973-0900
    - Email: kaizpuru@tzlegal.com

The following attorney will be appearing and speaking at the conference on behalf of Defendants:

- Matthew J. Laroche of Milbank LLP
    - Telephone: 212-530-5514
    - Email: mlaroche@milbank.com

Dated: February 10, 2026           Respectfully submitted,

By:   /s/ David Stellings
      David Stellings
      Wilson M. Dunlavey
      Jacob S. Miller
      **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
      250 Hudson Street, 8th Floor
      New York, NY 10013-1413
      Telephone: 212.355.9500
      Facsimile: 212.355.9592
      dstellings@lchb.com
      wdunlavey@lchb.com
      jmiller@lchb.com

      Katherine M. Aizpuru, NY Bar No. 5305990
      Robert M. Devling, *pro hac vice* to be filed
      **TYCKO & ZAVAREEI LLP**
      2000 Pennsylvania Avenue, NW, Suite 1010
      Washington, District of Columbia 20006
      Telephone: 202.973.0900
      kaizpuru@tzlegal.com
      rdevling@tzlegal.com

      *Proposed Co-Lead Counsel for Plaintiffs*


Dated: February 10, 2026           By: /s/ Matthew J. Laroche
      Matthew J. Laroche
      **MILBANK LLP**
      55 Hudson Yards
      New York, NY 10001
      (212) 530-5000
      mlaroche@milbank.com

      *Attorneys for Defendants*